```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ANDREWS,

                               Plaintiff,

                 -against-

KEVIN RICO, et al.,

                              Defendants.

23-CV-06968 (MMG)

**ORDER OF SERVICE**

MARGARET M. GARNETT, United States District Judge:

      Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

      On April 3, 2024, the Court ordered the U.S. Marshals Service to effect service upon the individual defendants at the addresses previously provided by Defendant City of New York pursuant to the Court's *Valentin* Order. See Dkt. Nos. 30, 20, 17. On May 3, 2024, the City filed a letter informing the Court that it learned that Sergeant Evans' command changed since this Office provided his service address on November 16, 2023, and that any service to the address previously provided by the City would result in ineffectual service. *See* Dkt. No. 34. The City informed the Court that Sergeant Evans can be served, instead, at the following address:

            1 Police Plaza
            Room 110C, Attention Foil Unit
            New York, New York 10038

      To allow Plaintiff to effect service on Sergeant Evans through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Sergeant Evans. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Sergeant Evans. The Clerk of Court is also instructed to mail a copy of this Order to the New York City Law Department, 100 Church Street, New York, N.Y. 10007, and to mail a copy of this Order and an information package to Plaintiff.

Dated: May 6, 2024
       New York, New York

                                                                       SO ORDERED.

                                                                       MARGARET M. GARNETT
                                                                       United States District Judge