UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MichAel D Andrews

Write the full name of each plaintiff.

1 23 cv 06968 MMG

(Include case number if one has been assigned)

Amended
COMPLAINT

-against-

New york City - Rico, Nypd, Evans, Nyfd., Nych+Hs, All Jon Doe's, to Be later Named

Do you want a jury trial?
☐ Yes  ☒ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

[x] **Federal Question**

[ ] **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Why was I kidnapped, I did not hurt meself or anyone else. for Trying to forced me drugs with no medical diagnosis. they had no right or legal Basic to Detain me.

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Michael          D                Andrews
First Name       Middle Initial   Last Name

88-50  179 st   Apt  4C
Street Address

Jamaica                           Ny              11432-4718
County, City                      State           Zip Code

646-483-4225                      Mike333900 3a@gmail.com
Telephone Number                  Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: **Rico FDNY**
First Name / Last Name

**EMS**
Current Job Title (or other identifying information)

**NyC**
Current Work Address (or other address where defendant may be served)

County, City    State    Zip Code

Defendant 2: **NyPD Evans**
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City    State    Zip Code

Defendant 3: **NyCHHH All Jhon Doe's**
First Name / Last Name

**All Dr's from the time I got here**
Current Job Title (or other identifying information)

**82-68 164 st**
Current Work Address (or other address where defendant may be served)

**Jam Queens    Ny    11432**
County, City    State    Zip Code

Defendant 4: <u>Nyc Health + Hospitals</u>
First Name          Last Name
<u>All Defendants to Be named</u>
Current Job Title (or other identifying information)
<u>82-68-164th st queens Ny</u>
Current Work Address (or other address where defendant may be served)
<u>queens</u>     <u>Ny</u>     <u>11432</u>
County, City        State       Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: (1) 88-50 179st Jamaica / 82-68-164th queens Ny

Date(s) of occurrence: June 19, 2023, 11:34 Am one

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Just to add to the original complaint after Ems worker Rico spitefully try to take me to the Hospital, so we waited for a sergeant from the NyPD. So (Evean) came and violate my Rigths. By letting take to the hospital the intake nurse, intake Perosun in the Psychitic unit the older Black guy for letting NyPD put me there, the black lady Nurse to try to give me drugs I did not need the Dr. the Held me on June 19 for a day in a Place I was not supposed be, for me to Be in the Hospital I did need to there for some of my Neighors where I live have

History of harassing Individuals in the building Before making hostile decision because I gave no Reason in my behavior or speech to take me to hospital

Please add 1 complaint I dont have the money to get a copy and I need everting in this complet. I have proof pictures I cant breath Probecly in my apartment cant sleep and the neighbors a still harass me not safe for me
I will add more.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Being Kidnapped, Being Had against my will trying to offer me drugs I did not need food and in a nat safe and clean place for me, that made me sick for more then 6 months

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

3 million or a settlement, and for all individuals to be ~~trand~~ or trained on Constitutional Rigth By law..

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 9/27/24 | [signature] |
| Dated | Plaintiff's Signature |

Michael    D    Andrews
First Name    Middle Initial    Last Name

88-50 - 179 St  Apt 4C
Street Address

Jamaica                    NY              11432
County, City              State          Zip Code

696-483-4225              mike33390.034@gmail.com
Telephone Number          Email Address (if available)


I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

**IMPORTANT NOTICE**

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

**PRO SE INTAKE WINDOW LOCATIONS:**
40 FOLEY SQUARE | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

**MAILING ADDRESS:**
500 PEARL STREET | NEW YORK, NY 10007
PRO SE INTAKE UNIT: 212-805-0136

rev. 3/5/21

1:23-CV-06968 MMG

I left my place because it was making me sick. I tried to move to Florida, but the city of NY has a lot of issues and I just want to live without all this crazy stuff but some of my neighbors are still harassing me, still not letting me sleep and still putting chemicals in or near my atp. I have ~~pictures~~ pictures

I definitely not the person stuck on racist stuff but they are and very weird. Please add I complaint

9/27/24

Michael Andrew