```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ANDREWS,

        Plaintiff,

-against-

KEVIN PICO, et al.,

        Defendants.

23-CV-6968 (MMG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received the parties' joint pre-status conference statement (Dkt. 58) advising, *inter alia*, that plaintiff and defendants the City of New York, New York City Police Department Sergeant Matthew Evans, and New York City Fire Department EMT Kevin Pico (City Defendants) have reached a settlement agreement.

    City Defendants' request for the remaining deadlines in this matter to be adjourned *sine dine* pending the finalization of the settlement agreement is hereby GRANTED, except that counsel for City Defendants must attend the status conference on **March 6, 2025** for the limited purpose of advising the Court on the progress of the settlement.

Dated: New York, New York
       February 28, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**