**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MICHAEL ANDREWS,

                Plaintiff,                         23 **CIVIL** 06968 (MMG)

      -against-                                **JUDGMENT**

N EW YORK CITY HEALTH AND HOSPITALS
CORPORATION, *et al*.,

                Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 24, 2026, the Court has reviewed the motion and the R&R unguided by objections and finds the R&R to be well reasoned, grounded in fact and law, and devoid of error. Accordingly, the Report and Recommendation is ADOPTED in its entirety. The motion to dismiss is GRANTED and, given Plaintiff's multiple prior amendments, further leave to amend is DENIED.  Accordingly, the case is closed.

**Dated:**  New York, New York
         March 24, 2026

                           **TAMMI M. HELLWIG**

                                **Clerk of Court**

            **BY:**

                                **Deputy Clerk**